# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Action No. 7:04-cr-20 (HL) |
| | : | |
| **TRELLINY T. TURNER** | : | |
| | : | |

## ORDER

Before this Court are two Motions to Supplement the Appeal Record (Doc. #'s 130, 133) filed by the Government. Trelliny T. Turner failed to object to either motion. The Court, having read and considered the Government's motions, hereby grants both motions pursuant to its authority under Federal Rule of Appellate Procedure 10(e)(2)(B), and orders that the record on appeal shall include or shall be supplemented to include the seven transcripts submitted by the Government as attachments to its motions.

SO ORDERED, this the 3rd day of May, 2006.

s/    Hugh Lawson

**HUGH LAWSON, JUDGE**

pdl