IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TRELLINY TURNER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. |
| | : | 7:08-CV-90039(HL) |
| UNITED STATES OF AMERICA, | : | 28 U.S.C. § 2255 |
| | : | Case No. |
| Respondent. | : | 7:04-CR-20-001(HL) |
| | : | |
| | : | |
| | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 199) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 193). The R&R recommends denying the Motion. Petitioner has filed an Objection (Doc. 200). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which Petitioner objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 10th day of June, 2009.

*s/ Hugh Lawson*

**HUGH LAWSON, Judge**

dhc