**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

TRELLINY TURNER,                          :
                                          :
                  Petitioner        :
                                          :
          VS.                        :
                                          :     NO. 7:04-cr-20 (HL)
UNITED STATES OF AMERICA,                 :
                                          :
                Respondent        :     **O R D E R**

Before the Court is petitioner **TRELLINY TURNER'S** motion for leave to proceed *in forma pauperis* on appeal (# 209). On July 1, 2009, the undersigned denied petitioner the issuance of a certificate of appealability, which renders the motion to proceed *in forma pauperis* moot.

Therefore, petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 30th day of July, 2009.

                        *s/   Hugh Lawson*
                        HUGH LAWSON
                        UNITED STATES DISTRICT JUDGE

cr