# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Trelliny T. Turner | **Repayment Agreement and Order** | No: 7:04-CR-00020-001 |

---

On July 21, 2005, Trelliny T. Turner was sentenced to 240 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Turner. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on July 21, 2005, I have been ordered to pay a total restitution of $266,691.74 and a special assessment of $500.00.

2.      On January 13, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on September 26, 2009. The current balance of my restitution is $252,721.70.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 31st day of January, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____          1/18/24
Trelliny T. Turner                                      Date

_____          1/18/24
Katherine Aguerrebere, U.S. Probation Officer     Date

_____          01/19/2024
Assistant U.S. Attorney                                 Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

1/24/2024
_____
Date